# United States District Court

## Southern District of Georgia

Auto-Owners Insurance Company

Plaintiff

v.

Tabby Place Homeowners Association, Inc., et al

Defendant

Case No. CV421-346

Appearing on behalf of

Tabby Place Homeowners Association, In

(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Marc E. Rindner

Business Address: Roberts Tate, LLC
Firm/Business Name

2487 Demere Road
Street Address

Suite 400 | St. Simons Island | GA | 31522
Street Address (con't) | City | State | Zip

10319 Westlake Drive, #210
Mailing Address (if other than street address)

| Bethesda | MD | 20817
Address Line 2 | City | State | Zip

(912) 771-8403
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: mrindner@robertstate.com