# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | CV421-346 |
| TABBY PLACE HOMEOWNERS ) ASSOCIATION, INC., *et al.*, ) ) ) | |
| Defendants. ) | |

## ORDER

The Court previously directed the parties to file a new Rule 26(f) Report or, in the alternative, to seek a stay of deadlines in this case. Doc. 111 at 18-19. Eight months have passed and they have filed neither a Rule 26(f) Report nor a motion to stay. *See generally* docket. The parties are now **DIRECTED** to confer and file a Rule 26(f) Report consistent with the deadlines and instructions in the Court's Rule 26 Order, doc. 50, by December 15, 2023. Within the Rule 26(f) Report, the parties are specifically **DIRECTED** to provide at least four proposed dates for a video-teleconference with the undersigned.

The Court's prior Order also directed the Clerk to file Plaintiff's Second Amended Complaint, which added Olde Plantation Group, LLC and Palmetto Building Group, LLC as defendants,[1] and reminded Plaintiff of its responsibility to serve the summons and complaint within the time allowed by Rule 4(m).  Doc. 111 at 18 n.7.  Per Rule 4(m), the deadline for effecting service ran on June 20, 2023.  *See* doc. 112.  Yet Plaintiff has not filed proof of service of the Second Amended Complaint on either Olde Plantation Group, LLC or Palmetto Building Group, LLC. *See generally* docket.  Plaintiff is, therefore, **DIRECTED** to show cause within 14 days why its claims against Olde Plantation Group, LLC and Palmetto Building Group, LLC should not be dismissed.  *See, e.g.*, Fed. R. Civ. P. 4(m); *Lepone-Dempsey v. Carroll Cnty. Comm'r*, 476 F.3d 1277, 1281 (11th Cir. 2007).

**SO ORDERED**, this 21st day of November, 2023.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Old Plantation Group, LLC and Palmetto Building Group, LLC previously appeared as intervenors for the limited purpose of opposing Plaintiff's Motion for Leave to File Amended Complaint.  *See generally* doc. 98.