UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| AUTO-OWNERS INSURANCE CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CV421-346 |
| TABBY PLACE HOMEOWNER'S ASSOCIATION, INC., *et al.*, | ) ) ) | |
| Defendant. | ) | |

## ORDER

As required by the governing Scheduling Order, doc. 149 at 2, the parties have submitted a Joint Status Report. Doc. 152. Although they indicate that discovery is not complete, *id.* at 1, no party has filed a motion to reopen discovery, *see generally* docket. The final discovery deadline expired, and therefore discovery closed in this case, on August 21, 2024. *See* doc. 149. This is a motions-driven Court. If the parties seek relief, they must do so in a motion. *See* Fed. R. Civ. P. 7(b)(1). Motions for modifying an existing scheduling order must be supported by a showing of good cause. *See* Fed. R. Civ. P. 16(b)(4); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998). Absent a motion making

the requisite showing, discovery remains closed, and the deadline for civil motions remains October 21, 2024.[1]  Therefore, the parties are **DIRECTED** to file any Motion to Amend the operative scheduling order within 14 days of the date of this Order.  Additionally, for statistical purposes only, this case is **STAYED** pending the parties' compliance with that direction.  The Clerk is **DIRECTED** to lift the stay on October 10, 2024.

    **SO ORDERED**, this 26th day of September, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendants indicate that they may file a Motion to Compel "to the extent a dispute regarding discovery arises as stated in section I.A." Doc. 152 at 4.  They are reminded that they must comply with the undersigned's Standard Procedures for Discovery Disputes before filing any discovery motions.  *See* doc. 5.  The Court makes no determination at this point whether any discovery motion may be properly filed given the discovery period has closed.